**U UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ATLANTIC SOUNDING CO., INC. and WEEKS MARINE, INC.**<br><br>**versus**<br><br>**JESSICA R. SMITH** | **CIVIL ACTION**<br><br>**NO. 2:15-cv-02663 c/w 2:15-cv-02887**<br><br>**SECTION "H" (5)**<br>**(Applies to: All Cases)**<br><br>**JUDGE MILAZZO**<br><br>**MAGISTRATE JUDGE NORTH** |

**JUDGMENT**

Considering the Court's *Findings of Fact and Conclusions of Law* dated December 22, 2016, filed herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiffs and Consolidated Defendants Atlantic Sounding Co., Inc. and Weeks Marine, Inc., and against Defendant and Consolidated Plaintiff Jessica Smith, **DISMISSING WITH PREJUDICE** Jessica Smith's Jones Act negligence and unseaworthiness causes of action; and it is further

**ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant and Consolidated Plaintiff Jessica Smith, and against Plaintiffs and Consolidated Defendants Atlantic Sounding Co., Inc. and Weeks Marine, Inc., finding Jessica Smith's employer, Atlantic Sounding Co., Inc., liable for the payment of maintenance and cure benefits from June 25, 2015, through June 29, 2015.

**Signed at New Orleans, Louisiana on this 23rd day of January, 2017.**

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**